**NORTON ROSE FULBRIGHT**

September 24, 2025

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States

*Via CM/ECF and E-mail*

Direct line +1 212 318 3342
judith.archer@nortonrosefulbright.com

Hon. Judge John P. Cronan
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re: *Corey Lynch v. Borghese Inc., et al.*, No. 1:25-cv-00246-JPC– Joint Letter Motion Seeking Permission to File Motion to Stay Case Pending Settlement

Dear Judge Cronan:

This firm represents Defendants Borghese Inc., Steven Pfeiffer, and Dawn Hilarczyk (collectively, "Defendants") in the above-referenced action. We write jointly with counsel for Plaintiff Corey Lynch ("Plaintiff") to seek permission to file a joint motion to stay this case pursuant to Sections 1(A) and 6 of this Court's Individual Rules and Practices in Civil Cases.

As we have previously informed the Court, *see* ECF No. 22, 24, 26, 28, the Parties are working diligently towards resolving this matter via a confidential settlement. The Parties are negotiating the final terms and believe they are close to reaching an agreement in principle to settle. The Parties anticipate it may take several weeks to finalize the settlement agreement because it contains extremely detailed provisions concerning steps Plaintiff must take to facilitate return of Borghese Inc.'s confidential information. The Parties are aware that there are several upcoming deadlines in this matter in October. Accordingly, to save judicial resources and unnecessary expense to the Parties, the Parties seek leave to file a joint motion to stay all upcoming deadlines in this case while they work towards finalizing settlement. While the Parties have each exchanged discovery requests, the Parties have mutually agreed to stay objections and responses pending settlement. No briefing schedule is necessary as this is a joint motion agreed upon by both Parties.

We thank the Court for its consideration.

*The request is granted. All deadlines in this case are stayed by six weeks. The parties should file a joint letter informing the Court about the status of settlement discussions by November 3, 2025. The Clerk of Court is respectfully directed to close Dkt. 31.*

Respectfully submitted,

SO ORDERED
September 24, 2025

*[signature]*
JOHN P. CRONAN
United States District Judge

Judith A. Archer

Encl.

cc: Nicole Deanna Grunfeld, Esq.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

297364318.1

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.