

November 3, 2025

*Via CM/ECF and E-mail*

Hon. Judge John P. Cronan
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Corey Lynch v. Borghese Inc., et al.*, No. 1:25-cv-00246-JPC – Joint Letter Pursuant to Court's September 24 Order & Request for Additional Six-Week Stay

Dear Judge Cronan:

This firm represents Defendants Borghese Inc., Steven Pfeiffer, and Dawn Hilarczyk (collectively, "Defendants") in the above-referenced action. We write jointly with counsel for Plaintiff Corey Lynch ("Plaintiff") pursuant to the Court's September 24, 2025 Order requesting that the Parties file a joint letter informing the Court about the status of settlement negotiations by November 3, 2025.

The Parties have been working diligently for the last six weeks to agree upon various settlement terms, mainly surrounding steps Plaintiff must take to facilitate return of Borghese Inc.'s confidential information. The Parties believe they are close to finalizing these terms and will memorialize the same in a settlement agreement over the next several weeks.

Accordingly, to save judicial resources and unnecessary expense to the Parties, the Parties request that the Court impose another six-week stay of all pending deadlines as they work towards a resolution.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Judith A. Archer

Encl.

cc: Nicole Deanna Grunfeld, Esq.

> The request is granted. All deadlines in this case are stayed by six weeks from the date of this Order. The parties should file a joint letter informing the Court about the status of settlement discussions by December 17, 2025. The Clerk of Court is respectfully directed to close Dkt. 34.
>
> SO ORDERED
> November 6, 2025

JOHN P. CRONAN
United States District Judge

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

203175812.1