# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld                                                                    t: 212.460.0047
Katz Melinger PLLC                                                          f: 212.428.6811
                                                                    ndgrunfeld@katzmelinger.com

December 17, 2025

**VIA ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

> **Re:** ***Corey Lynch v. Borghese, Inc., et al.***
> **Civil Action No. 1:25-cv-00246**

Dear Judge Cronan:

The parties submit this joint status update pursuant to the Court's order dated November 6, 2025 (Dkt. No. 35).

The parties continue to work together diligently and in good faith to address a few remaining settlement issues, mostly having to do with the definitions and scope of non-monetary terms. As the parties are communicating cooperatively and in order to conserve judicial and party resources, we therefore request an additional six-week stay of pending deadlines.

We thank the Court for its attention to this matter.

The request is granted. All deadlines in this case are stayed by six weeks from the date of this Order. The parties should file a joint letter informing the Court about the status of settlement discussions by January 26, 2026. The Clerk of Court is respectfully directed to close Dkt. 36.

SO ORDERED
December 18, 2025

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

*/s/ Nicole Grunfeld*
Nicole Grunfeld
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, NY 10017
Tel: (212) 460-0047
ndgrunfeld@katzmelinger.com

*Attorneys for Plaintiff*