KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld                                                                    t: 212.460.0047
Katz Melinger PLLC                                                                 f: 212.428.6811
                                                                    ndgrunfeld@katzmelinger.com

January 26, 2026

**VIA ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

        Re:    *Corey Lynch v. Borghese, Inc., et al.*
               **Civil Action No. 1:25-cv-00246**

Dear Judge Cronan:

        The parties submit this joint status update pursuant to the Court's order dated December 18, 2025 (Dkt. No. 37).

        The parties continue to work together diligently and in good faith to address a few remaining settlement issues regarding the definitions and scope of non-monetary terms. Discussions were slowed by the holiday season and various commitments by the parties and their counsel, however we continue to make progress toward resolution. As the parties are communicating cooperatively and in order to conserve judicial and party resources, we therefore request an additional six-week stay of pending deadlines.

        We thank the Court for its attention to this matter.

The Court stays all deadline in this case until April 7, 2026.  However, this is the parties' fourth request for a stay, *see* Dkts. 32-38, and the Court also previously granted four extensions of the deadline to amend pleadings, *see* Dkts. 22-29.  If the case is not resolved by April 6, 2026, all parties are ordered to appear before the undersigned for a Webex teleconference at 10:00 a.m. to discuss next steps.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.  The Clerk of Court is respectfully directed to close Dkt. 38.

Respectfully submitted,

/s/ Nicole Grunfeld
Nicole Grunfeld
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, NY 10017
Tel: (212) 460-0047
ndgrunfeld@katzmelinger.com

*Attorneys for Plaintiff*

SO ORDERED
January 27, 2026

JOHN P. CRONAN
United States District Judge