# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld
Katz Melinger PLLC

April 6, 2026

t: 212.460.0047
f: 212.428.6811
ndgrunfeld@katzmelinger.com

**VIA ECF**
Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: ***Corey Lynch v. Borghese, Inc., et al.***
    **Civil Action No. 1:25-cv-00246**

Your Honor:

> The Court is in receipt of the parties' request at Dkt. No. 44 requesting to adjourn the telephone conference scheduled for April 8, 2026 at 2:15 p.m. ET (the "Conference"). (Dkt. No. 44 (the "Request")). The Request is **GRANTED**. The Conference is **ADJOURNED** to **April 21, 2026 at 12:30 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).
>
> The Clerk of Court is respectfully directed to close Dkt. No. 44.
>
> SO ORDERED.    April 6, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

We represent Plaintiff Corey Lynch in the above-referenced matter, and write jointly with counsel for Defendants to request an adjournment of the teleconference scheduled for April 8, 2026 at 2:15pm.

On March 26, 2026, the parties jointly requested referral for a settlement conference, and on April 1, 2026 the matter was so referred. By order dated April 2, 2026, Your Honor scheduled a preliminary teleconference for April 8, 2026.

The undersigned is unavailable on April 8, 2026 due to pre-existing obligations. Counsel for the parties have conferred regarding their availability, and respectfully request that the teleconference be rescheduled for April 20, 2026 between 4:00pm and 5:00pm; April 21, 2026 between 12:00pm and 3:00pm; April 22, 2026 between 12:00pm and 4:00pm; April 24, 2026 between 2:00pm and 5:00pm; or such other later date as is convenient for the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Nicole Grunfeld*
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, NY 10017
Tel: (212) 460-0047
ndgrunfeld@katzmelinger.com