UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COREY LYNCH,

                    Plaintiff,

    -v-

BORGHESE INC., <u>et</u> <u>al.</u>,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 246 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 6, 2026, the parties informed the Court that they resolved their disputes concerning their settlement agreement.  Accordingly, the settlement conference scheduled for today, **May 6, 2026, at 3:30 p.m. ET** (Dkt. No. 46), is **CANCELLED**.

Dated:       New York, New York
              May 6, 2026

                        SO ORDERED.

                        _____
                        SARAH L. CAVE
                        **United States Magistrate Judge**