UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COREY LYNCH,

                Plaintiff,

    -v-

BORGHESE INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 246 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff Corey Lynch's ("Plaintiff") letter dated June 2, 2026, advising the Court of the parties' disputes concerning non-monetary terms in their settlement agreement and requesting that the Honorable John P. Cronan extend the parties' deadline to request restoration of this case on the Court's calendar by thirty days.  (Dkt. No. 49).

By **June 8, 2026**, the parties shall meet and confer concerning their disputes and file a joint letter advising the Court whether they wish to schedule a telephone conference with the undersigned to discuss their disputes.

Dated:      New York, New York
           June 3, 2026

                SO ORDERED.

                _____
                SARAH L. CAVE
                **United States Magistrate Judge**