# KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld                                                                    t: 212.460.0047
Katz Melinger PLLC                                                          f: 212.428.6811
                                                          ndgrunfeld@katzmelinger.com

June 17, 2026

**VIA ECF**
Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Corey Lynch v. Borghese, Inc., et al.***
     **Civil Action No. 1:25-cv-00246**

Your Honor:

> Plaintiff's request at Dkt. No. 54 is **GRANTED**. The telephone conference to discuss the parties' settlement agreement scheduled for June 26, 2026 at 4:00 p.m. ET (Dkt. No. 53) is **ADJOURNED** to **July 9, 2026 at 12:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 54.
>
> SO ORDERED.     June 18, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

We represent Plaintiff Corey Lynch in the above-referenced matter, and write with Defendants' consent to request an adjournment of the teleconference scheduled for June 26, 2026 at 4:00pm.

Due to a scheduling conflict, we are unable to attend the conference at the time set by the Court. Counsel for the parties have conferred regarding their availability, and respectfully request that the teleconference be rescheduled for July 8, 2026 between 2:30 and 4:00; July 9, 2026 between 12:30 and 3:00; or such other later date as is convenient for the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Nicole Grunfeld*
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, NY 10017
Tel: (212) 460-0047
ndgrunfeld@katzmelinger.com